UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM HENRY, Jr.,

      Plaintiff,

  v.            Civil Action No.  05-2084 (ESH)

UNITED STATES,

      Defendant.

## ORDER

Plaintiff has filed a *pro se* complaint alleging that he is entitled to a tax refund and seeking an injunction against the IRS from engaging in any further collection activities.  Upon review of plaintiff's complaint, it is apparent that plaintiff resides in Detroit, Michigan, and therefore, venue is not proper in this district under 28 U.S.C. §§ 1402(a)(1) and 1346(a), which provide that a refund suit is proper *only* in the judicial district in which the plaintiff resides.[1]  Accordingly, it is this 28th day of December, 2005, hereby

**ORDERED** that plaintiff is required to show cause on or before January 17, 2006, why venue is proper in this district.  If plaintiff fails to respond in a timely manner and/or to provide a valid basis for suit in this jurisdiction, the Court will dismiss this matter without prejudice so that plaintiff can refile, if he so desires, in the jurisdiction of residence.  There will be no continuances of this deadline.

---

[1] Plaintiff's request for an injunction is barred by the Anti-Injunction Act, 26 U.S.C. § 7421, and therefore, this Court has no jurisdiction to "restrain[] the assessment or collection of any tax."  26 U.S.C. § 7421(a).

-2-

**SO ORDERED**.

                                                    s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge