IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HENRY ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-02084 (ESH) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The United States does not object to plaintiff's motion to amend his complaint. As plaintiff correctly states, under Fed.R.Civ.P.15(a), he has the right to amend his complaint at any time before a responsive pleading is served. In this case, the United States' response to plaintiff's complaint was not due until January 27, 2006, and thus,

1520985.1

the United States had not yet responded to plaintiff's complaint when he filed his motion to amend.1/

Date: January 27, 2006.

                                  Respectfully submitted,

                                  /s/ Pat S. Genis
                                PAT S. GENIS, #446244
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 227
                                Washington, D.C.  20044
                                Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

---

1/ On January 17, 2006, the Court ordered the United States to respond to plaintiff's motion by January 26, 2006.  Unfortunately, the United States did not get notice of the Court's order because it had not yet made an appearance in the case.

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT was served upon the following person on January 27, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>William Henry, Jr.
>15707 Griggs
>Detroit, MI 48238

>/s/ Pat S. Genis
>PAT S. GENIS, #446244