UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM HENRY, Jr.,

                **Plaintiff,**

  v.                             Civil Action No. 05-2084 (ESH)

UNITED STATES,

                **Defendant.**

## ORDER

Before the Court is plaintiff's unopposed Motion for Leave to File An Amended Complaint and defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6). The motion to amend will be granted. With respect to the defendant's motion to dismiss, since plaintiff is not represented in this matter, the Court hereby notifies the plaintiff that he is required to respond to this motion on or before February 15, 2006.[1] In his response, plaintiff must explain how he has "exhausted all administrative remedies" (Plaintiff's Affidavit ¶ 10), as required by 26 C.F.R. § 301.7433-1(e) and attach all documentation reflecting the filing of a claim as described in 26 C.F.R. § 301.7433-1(e)(2). Any reply by the government must be filed on or before February 22, 2006.

---

[1] In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.

-2-

**SO ORDERED**.

                                                                               s/
                                                 ELLEN SEGAL HUVELLE
                                                 United States District Judge

DATE:    January 30, 2006