IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HENRY | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02084 (ESH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' PRAECIPE CORRECTING PAGE 5
OF THE UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT**

The United States files a new page 5 of its brief filed on January 27, 2006, to reflect the correct wording of 26 C.F.R. § 301.7433-1(e)(1).

Date: February 15, 2006.

                                                  Respectfully submitted,

                                                  /s/ Pat S. Genis
                                                PAT S. GENIS, #446244
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, D.C.  20044
                                                Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1547253.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' PRAECIPE and REVISED PAGE 5 were served upon the following person on February 15, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>William Henry, Jr.
>15707 Griggs
>Detroit, MI 48238

>/s/ Pat S. Genis
>PAT S. GENIS, #446244