IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM HENRY              )
                                 )
          Plaintiff,        )  No. 1:05-cv-02084 (ESH)
                                 )
      v.                      )
                                 )
UNITED STATES,           )
                                 )
          Defendant.      )

**UNITED STATES' REPLY IN SUPPORT OF MOTION TO DISMISS**
**AMENDED COMPLAINT**

The United States submits this reply to address the two assertions made by plaintiff in his opposition to the United States' motion to dismiss his amended complaint.

First, plaintiff asserts that he is required only to exhaust administrative remedies with respect to "award of judgment - not jurisdiction." (Pl. Obj. To Mot. To Dismiss Am. Compl. ¶¶4-10.) It is unclear what plaintiff means by this statement. As discussed in the United States' memorandum in support of its motion to dismiss plaintiff's amended complaint, this is clearly incorrect. Sections 7422 and 7433 of Title 26 require exhaustion of administrative remedies prior to filing a suit for a refund of taxes or for damages because of allegedly wrongful collection actions. See 26 U.S.C. §§ 7422 & 7433; see also 26 C.F.R. §§ 301.6402-2 & 301.7433-1(e).

Second, plaintiffs assert that the United States attached a copy of an obsolete regulation - 26 C.F.R. § 301.7433-1. (Pl. Obj. to Mot. To Dismiss Am. Compl. ¶¶ 11-18.) This is incorrect. Counsel never attached a copy of the regulation. In addition, counsel

submitted a praecipe correcting page 5 of the United States' motion to dismiss plaintiff's

amended complaint, to reflect the correct wording of 26 C.F.R. § 301.7433-1.

      For the reasons asserted in the United States' motion to dismiss plaintiff's

amended complaint and supporting memorandum, as well as for the reasons stated

above, plaintiff's amended complaint should be dismissed.

DATED: February 24, 2006.

                               Respectfully submitted,

                               /s/ Pat S. Genis
                               PAT S. GENIS, #446244
                               Trial Attorney, Tax Division
                               U.S. Department of Justice
                               P. O. Box 227, Ben Franklin Station
                               Washington, D.C.  20044
                               Phone/Fax:  (202) 307-6390/514-6866
                               Email: pat.genis@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1560834.1

## <u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the UNITED STATES' REPLY IN SUPPORT OF MOTION

TO DISMISS AMENDED COMPLAINT was served upon the following person on

February 23, 2006, by sending a copy by First Class mail, postage prepaid, addressed as

follows:

        William Henry, Jr.
        15707 Griggs
        Detroit, MI 48238

                  /s/ Pat S. Genis
                PAT S. GENIS #446244

- 3 -