IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HENRY            ) | |
| )                        | |
| Plaintiff,               ) | No. 1:05-cv-02084 (ESH) |
| )                        | |
| v.                       ) | |
| )                        | |
| UNITED STATES,           ) | |
| )                        | |
| Defendant.               ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR
SANCTIONS UNDER FED. R. CIV. P. 11(b) AND FOR
REFERRAL TO THE BAR DISCIPLINARY COMMITTEE**

Having considered plaintiff's motion for sanctions under Fed. R. Civ. P. 11(b) and for referral to the bar disciplinary committee and the United States' opposition, any reply thereto, and the entire record of this case, it is by the Court

ORDERED that the motion is DENIED;

ORDERED that the motion is STRICKEN from the record; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 200____.


_____
UNITED STATES DISTRICT JUDGE

1560827.1

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227, Ben Franklin Station
Washington, D.C. 20044

William Henry, Jr.
15707 Griggs
Detroit, MI 148238